**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number:** 1:97CR05111-002 OWW |
| | ) | |
| **KENNETH SESSIONS** | ) | |

### LEGAL HISTORY:

On July 2, 1998, the above-named was placed on supervised release for a period of 5 years, which commenced on December 9, 2002. Special conditions included a requirement for 1) Search; 2) Financial access; 3) Not incur new debts; 4) Not possess paging device/cellular phone; and, 5) Co-payment.

### SUMMARY OF COMPLIANCE:

Mr. Sessions has been supervised out of the probation office in the Central District of California (Lancaster, California). According to the supervising probation officer, he has completed over 44 months supervision during which time he has complied with all conditions and special conditions of supervised release. Furthermore, he has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Sessions has derived maximum benefit from supervision and is not in need of continued supervision. This officer concurs.

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

*(signature)*

**HUBERT J. ALVAREZ
Senior United States Probation Officer**

**Re:     KENNETH SESSIONS**
**Docket Number:   1:97CR05111-002 OWW**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

Dated:      September 29, 2006
            Fresno, California

**REVIEWED BY:**     _____
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

HJA
cc:    AUSA Kathy Servatius (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:09CR05111-002 OWW** |
| ) | |
| **KENNETH SESSIONS** ) | |

On July 2, 1998, the above-named was placed on supervised release for a period of 5 years, which commenced December 9, 2002. He has served over 44 months and has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The Government has been advised of this recommendation and has not submitted any objection to early termination.

Respectfully submitted,

*[signature]*

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**

Dated: September 29, 2006
Fresno, California

**REVIEWED BY:** *[signature]*
**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION – ORDER (PROB35).MRG

**Re:   KENNETH SESSIONS**
    Docket Number:   1:07CR05111-002 OWW
    ORDER TERMINATING SUPERVISED RELEASE
    PRIOR TO EXPIRATION DATE

## ORDER OF COURT

It is ordered that the Mr. Sessions be discharged from supervised release, and that the proceedings in the case be terminated.

10-18-06

**Date**

OLIVER W. WANGER
**Senior United States District Judge**

HJA
Attachment:   Recommendation
cc:   United States Attorney's Office
    FLU Unit, AUSA's Office
    Fiscal Clerk, Clerk's Office